UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 4:25-cr-20386 |
| | Judge: Behm, F. Kay |
| Plaintiff, | MJ: Ivy, Curtis |
| | Filed: 05-21-2025 |
| | INDI USA v TATE (sk) |
| v. | |
| KEENAN D. TATE, | Violations: |
| | 18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 922(o) |

## INDICTMENT

### THE GRAND JURY CHARGES:

#### COUNT ONE
#### FELON IN POSSESSION OF A FIREARM
#### 18 U.S.C. § 922(g)(1)

On or about May 4, 2025, in the Eastern District of Michigan, KEENAN D. TATE, knowing he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Glock, Model 30S, .45 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
### ILLEGAL POSSESSION OF A MACHINEGUN
### 18 U.S.C. § 922(o)

On or about May 4, 2025, in the Eastern District of Michigan, KEENAN D. TATE knowingly possessed a machinegun, that is, a Glock, Model 30S, .45 caliber pistol, modified with a conversion device that converted the firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o).

## COUNT THREE
### FELON IN POSSESSION OF AMMUNITION
### 18 U.S.C. § 922(g)(1)

On or about May 4, 2025, in the Eastern District of Michigan, KEENAN D. TATE, knowing he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, ammunition, that is, 28 rounds of .45 caliber ACP ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)(1)

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of an offense charged in Counts One through Three, KEENAN D. TATE shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including, but not limited to, a Glock, Model 30S, .45 caliber pistol, serial number BDZB294, and 28 rounds of .45 caliber ACP ammunition.

**THIS IS A TRUE BILL.**

Dated: May 21, 2025                    s/GRAND JURY FOREPERSON
                                       GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney


s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief – Branch Offices
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

| | | |
|---|---|---|
| **Companion Case information MUST be completed by AUS** | | Case: 4:25-cr-20386<br>Judge: Behm, F. Kay<br>MJ: Ivy, Curtis |
| United States District Court<br>Eastern District of Michigan | **Criminal Case Cove** | Filed: 05-21-2025<br>INDI USA v TATE (sk) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes   ☑ No | **AUSA's Initials:** APV |

**Case Title:** USA v. Keenan Tate

**County where offense occurred:** Genesee

**Check One:**   ☑ Felony     ☐ Misdemeanor     ☐ Petty

    _X_ Indictment/____Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [Case number: _____]
    ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 21, 2025
    Date

s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: anthony.vance@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013